UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA           :
                                   :    INDICTMENT
          - v. -                   :
                                   :    18 Cr.
JOEL GARCIA,                       :
                                   :    **18 CRIM 178**
          Defendant.               :
- - - - - - - - - - - - - - - - - - X

COUNT ONE

The Grand Jury charges:

On or about January 31, 2018, in the Southern District of New York, JOEL GARCIA, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce a firearm, to wit, a .40 caliber semiautomatic pistol, model M&P with serial number HSR4695, manufactured by Smith and Wesson, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Sections 922(g)(1) and 2.)

_____          _____
FOREPERSON      2/28/18            GEOFFREY S. BERMAN
                                   United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 2 8 2018

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

v.

JOEL GARCIA,

Defendant.

---

INDICTMENT

18 Cr.

(18 U.S.C. §§ 922(g)(1) and 2.)

GEOFFREY S. BERMAN
United States Attorney

_____  2/28/18
Foreperson

---

2/28/18
RC

Indictment filed, case assigned
to Judge Torres.

B. Grinstein
USMS